**Dismiss and Opinion Filed May 13, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00416-CR**
**No. 05-22-00417-CR**

**GARY WEEKS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-30610-T & F21-30611-T**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Osborne

Gary Weeks filed a voluntary motion to dismiss these appeals. The motion

complies with rule 42.2(a). We grant the motion and dismiss these appeals.


220416f.u05
220417f.u05                              /Leslie Osborne//
Do Not Publish                           LESLIE OSBORNE
TEX. R. APP. P. 47.2(b)                   JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

GARY WEEKS, Appellant

No. 05-22-00416-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F21-30610-T.
Opinion delivered by Justice
Osborne. Justices Schenck and Smith
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 13th day of May, 2022.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GARY WEEKS, Appellant

No. 05-22-00417-CR  V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas Trial Court Cause No. F21-30611-T. Opinion delivered by Justice Osborne. Justices Schenck and Smith participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 13th day of May, 2022.